Anna Maria Martin (Bar No. 7079)
amartin@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
316 California Ave. #216
Reno, Nevada 89509

800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

Thomas H. Fell (Bar No. 3717)
tfell@fclaw.com
FENNEMORE CRAIG, P.C.
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000

Ryan C. Curtis (Bar No. 12949)
rcurtis@fclaw.com
FENNEMORE CRAIG, P.C.
2394 Camelback Road, Suite 600
Phoenix, Arizona 85016-3429
Telephone: (602) 916-5426
Facsimile: (602) 916-5626

Attorneys for Defendant
CAESARS ENTERPRISE SERVICES, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IRINA MILLER,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CAESARS ENTERPRISE SERVICES, LLC, as Plan Administrator of the Caesars Enterprise Services, LLC Welfare Benefit Plan; and LIFE INSURANCE COMPANY OF NORTH AMERICA, as Claims Administrator for the Caesars Enterprise Services, LLC Welfare Benefit Plan,<br><br>　　　　　Defendants. | Case No. 2:18-cv-00287-GMN-PAL<br><br>**STIPULATION TO EXTEND TIME FOR LIFE INSURANCE COMPANY OF NORTH AMERICA AND CAESARS ENTERPRISE SERVICES, LLC, AS PLAN ADMINISTRATOR OF THE CAESARS ENTERPRISE SERVICES, LLC WELFARE BENEFIT PLAN TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT [First Request]]**<br><br>Judge: Gloria M. Navarro<br>Dept: 7D<br>Complaint Filed: February 15, 2018 |

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

162958.1

1

Case No. 2:18-cv-00287-GMN-PAL
STIPULATION TO EXTEND TIME FOR
DEFENDANTS TO ANSWER/RESPOND TO
THE AMENDED COMPLAINT [First Request]]

1    WHEREAS, Defendant LIFE INSURANCE COMPANY OF NORTH
2 AMERICA ("LINA") was served with the Amended Complaint in this action by
3 Plaintiff IRINA MILLER ("Plaintiff") on March 26, 2018, which was filed in the
4 United States District Court, District of Nevada;

5    WHEREAS, the deadline for LINA to respond to the Amended Complaint is
6 presently April 16, 2018;

7    WHEREAS, LINA's counsel requires time to review and assess the file in
8 order to prepare an adequate response to the Amended Complaint;

9    WHEREAS, the Complaint was amended to add Defendant CAESARS
10 ENTERPRISE SERVICES, LLC, as Plan Administrator of the Caesars Enterprise
11 Services, LLC Welfare Benefit Plan ("CAESARS") and CAESARS was served with
12 the Amended Complaint on March 13, 2018, which was filed in the United States
13 District Court, District of Nevada;

14    WHEREAS. CAESARS' counsel likewise requires time to review and assess
15 the file, which it is in the process of obtaining from LINA, in order to prepare an
16 adequate response to the Amended Complaint.

17    WHEREAS, for good cause and pursuant to Local Rule IA 6-1, the parties
18 wish to extend the time within which a responsive pleading to the Amended
19 Complaint must be filed and served by LINA and CAESARS by thirty (30) days
20 from the date LINA's response is currently due, to May 16, 2018;

21    WHEREAS, this is the first stipulation for extension of time to file a
22 responsive pleading to the Amended Complaint;

23    IT IS HEREBY STIPULATED by and between Plaintiff and LINA and
24 CAESARS, by and through their respective attorneys of record, that the time within
25 which a responsive pleading to Plaintiff's Amended Complaint must be filed and
26 served by LINA and CAESARS is extended to May 16, 2018.

27 / / /

28

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

162958.1

2

Case No. 2:18-cv-00287-GMN-PAL
STIPULATION TO EXTEND TIME FOR
DEFENDANTS TO ANSWER/RESPOND TO
THE AMENDED COMPLAINT [First Request]

**IT IS SO STIPULATED.**

Dated: April 2, 2018

Julie A. Mersch
LAW OFFICE OF JULIE A. MERSCH

By:   */s/ Julie A. Mersch*
    Julie A. Mersch
    Attorneys for Plaintiff
    IRINA MILLER

Dated: April 2, 2018

Anna Maria Martin
MESERVE, MUMPER & HUGHES LLP

By:   */s/ Anna Maria Martin*
    Anna Maria Martin
    Attorneys for Defendant
    LIFE INSURANCE COMPANY
    OF NORTH AMERICA

Dated: April 2, 2018

Ryan C. Curtis
Thomas H. Fell
FENNEMORE CRAIG

By:   */s/ Ryan C. Curtis*
    Ryan C. Curtis
    Attorneys for Defendant CAESARS
    ENTERPRISE SERVICES, LLC.

**IT IS SO ORDERED**:

Dated: April 6, 2018

*[signature]*
The Honorable Peggy A. Leen
United States Magistrate Judge

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

162958.1

3

Case No. 2:18-cv-00287-GMN-PAL
STIPULATION TO EXTEND TIME FOR
DEFENDANTS TO ANSWER/RESPOND TO
THE AMENDED COMPLAINT [First Request]