Anna Maria Martin (Bar No. 7079)
amartin@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
316 California Ave. #216
Reno, Nevada 89509

800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
LIFE INSURANCE COMPANY
OF NORTH AMERICA

Thomas H. Fell (Bar No. 3717)
tfell@fclaw.com
FENNEMORE CRAIG, P.C.
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000

Ryan C. Curtis (Bar No. 12949)
rcurtis@fclaw.com
FENNEMORE CRAIG, P.C.
2394 Camelback Road, Suite 600
Phoenix, Arizona 85016-3429
Telephone: (602) 916-5426
Facsimile: (602) 916-5626

Attorneys for Defendant
CAESARS ENTERPRISE SERVICES, LLC,

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IRINA MILLER,<br><br>Plaintiff,<br><br>vs.<br><br>CAESARS ENTERPRISE SERVICES, LLC, as Plan Administrator of the Caesars Enterprise Services, LLC Welfare Benefit Plan; and LIFE INSURANCE COMPANY OF NORTH AMERICA, as Claims Administrator for the Caesars Enterprise Services, LLC Welfare Benefit Plan,<br><br>Defendants. | Case No. 2:18-cv-00287-GMN-PAL<br><br>**STIPULATION TO FURTHER EXTEND TIME FOR LIFE INSURANCE COMPANY OF NORTH AMERICA AND CAESARS ENTERPRISE SERVICES, LLC, TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT**<br><br>**SECOND REQUEST** |

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

163829.1

1

Case No. 2:18-cv-00287-GMN-PAL
STIPULATION TO FURTHER EXTEND TIME
TO RESPOND THE COMPLAINT

1  WHEREAS, Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA
2  ("LINA") was served with the Amended Complaint in this action by Plaintiff IRINA MILLER
3  ("Plaintiff") on March 26, 2018, which was filed in the United States District Court, District of
4  Nevada;

5  WHEREAS, the Complaint was amended to add Defendant CAESARS ENTERPRISE
6  SERVICES, LLC, as Plan Administrator of the Caesars Enterprise Services, LLC Welfare Benefit
7  Plan ("CAESARS") and CAESARS was served with the Amended Complaint on March 13, 2018,
8  which was filed in the United States District Court, District of Nevada;

9  WHEREAS, on April 2, 2018, the parties stipulated to an extension of time to file a
10 responsive pleading for approximately thirty (30) days to May 16, 2018;

11 WHEREAS, on April 6, 2018, the Court granted the extension; and

12 WHEREAS, for good cause and pursuant to Local Rule IA 6-1, the parties wish to extend
13 the time within which a responsive pleading to the Amended Complaint must be filed and served
14 by LINA and CAESARS, as the parties are attempting to resolve the matter and do not want to
15 unnecessarily burden judicial resources;

16 IT IS HEREBY STIPULATED by and between Plaintiff and LINA and CAESARS, by and
17 through their respective attorneys of record, that the time within which a responsive pleading to
18 Plaintiff's Amended Complaint must be filed and served by LINA and CAESARS is extended an
19 additional fourteen (14) days to May 30, 2018.

20 **IT IS SO STIPULATED.**

21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

163829.1

2

Case No. 2:18-cv-00287-GMN-PAL
STIPULATION TO FURTHER EXTEND TIME
TO RESPOND THE COMPLAINT

Dated: May 15, 2018

Julie A. Mersch
LAW OFFICE OF JULIE A. MERSCH

By:   */s/ Julia A. Mersch*
    Julie A. Mersch
    Attorneys for Plaintiff
    IRINA MILLER

Dated: May 15, 2018

Anna Maria Martin
MESERVE, MUMPER & HUGHES LLP

By:   */s/ Anna Maria Martin*
    Anna Maria Martin
    Attorneys for Defendant
    LIFE INSURANCE COMPANY OF
    NORTH AMERICA

Dated: May 15, 2018

Ryan C. Curtis
FENNEMORE CRAIG

By:   */s/ Ryan C. Curtis*
    Ryan C. Curtis
    Attorneys for Defendant CAESARS
    ENTERPRISE SERVICES, LLC.

**IT IS SO ORDERED**:

Dated: May 18, 2018

The Honorable Peggy A. Leen
U.S. District Court Magistrate Judge

### ECF Certification

The filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to this document.

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

163829.1

3

Case No. 2:18-cv-00287-GMN-PAL
STIPULATION TO FURTHER EXTEND TIME
TO RESPOND THE COMPLAINT