Anna Maria Martin (Bar No. 7079)
amartin@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
316 California Ave. #216
Reno, Nevada 89509

800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
LIFE INSURANCE COMPANY
OF NORTH AMERICA

Julie A. Mersch (Bar No. 4695)
jam@merschlaw.com
LAW OFFICE OF JULIE A. MERSCH
701 S. 7th Street
Las Vegas, Nevada 89101
Telephone: (702) 387-5868
Facsimile: (702) 387-0109

Attorney for Plaintiff,
IRINA MILLER

Thomas H. Fell (Bar No. 3717)
tfell@fclaw.com
FENNEMORE CRAIG, P.C.
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000

Ryan C. Curtis (Bar No. 12949)
rcurtis@fclaw.com
FENNEMORE CRAIG, P.C.
2394 Camelback Road, Suite 600
Phoenix, Arizona 85016-3429
Telephone: (602) 916-5426
Facsimile: (602) 916-5626

Attorneys for Defendant
CAESARS ENTERPRISE SERVICES,
LLC,

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IRINA MILLER, | Case No. 2:18-cv-00287-GMN-PAL |
| Plaintiff, | **STIPULATION TO DISMISS ENTIRE ACTION AS TO ALL DEFENDANTS, WITHOUT PREJUDICE; [PROPOSED] ORDER THEREON** |
| vs. | |
| CAESARS ENTERPRISE SERVICES, LLC, as | |

|   |   |
|---|---|
| Plan Administrator of the Caesars Enterprise Services, LLC Welfare Benefit Plan; and LIFE INSURANCE COMPANY OF NORTH AMERICA, as Claims Administrator for the Caesars Enterprise Services, LLC Welfare Benefit Plan,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

I

IT IS HEREBY STIPULATED, by and between Plaintiff IRINA MILLER and Defendants, LIFE INSURANCE COMPANY OF NORTH AMERICA, as Claims Administrator for the Caesars Enterprise Services, LLC Welfare Benefit Plan and CAESARS ENTERPRISE SERVICES, LLC, as Plan Administrator of the Caesars Enterprise Services, LLC Welfare Benefit Plan (collectively, the "Parties") by and through their respective attorneys of record, that this action shall be dismissed in its entirety without prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Each Party shall bear its own attorney fees and costs.

The Parties further stipulate all dates be vacated and taken off the court's calendar.

The Parties seek the Court's approval of the dismissal of the action without prejudice.

**IT IS SO STIPULATED.**

Dated: May 30, 2018           Julie A. Mersch
                              LAW OFFICE OF JULIE A. MERSCH


                              By:   */s/ Julie A. Mersch*
                                  Julie A. Mersch
                                  Attorneys for Plaintiff
                                  IRINA MILLER


Dated: May 30, 2018           Anna Maria Martin
                              MESERVE, MUMPER & HUGHES LLP


                              By:   */s/ Anna Maria Martin*
                                  Anna Maria Martin
                                  Attorneys for Defendant
                                  LIFE INSURANCE COMPANY OF
                                  NORTH AMERICA

| | | |
|---|---|---|
| Dated: May 30, 2018 | | Ryan C. Curtis<br>FENNEMORE CRAIG |

By:    */s/ Ryan C. Curtis*
      Ryan C. Curtis
      Attorneys for Defendant
      CAESARS ENTERPRISE SERVICES, LLC

### ORDER

**IT IS HEREBY ORDERED** that this action shall be dismissed in its entirety without prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and each party shall bear its own attorney fees and costs.

Dated this  20  day of June, 2018.

_____
The Honorable Gloria M. Navarro
United States District Court Judge

### ECF Certification

The filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to this document.